Isaac Abecyel / Facebook, Inc.

Plaintiff    Data Breach matter    Defendant

Application

Court

Fee

Waiver

$0.00 Income

Signature:

Plaintiff

<