USDC Southern NY
Pro Se Complaint for Civil Case
Assign Case #
*Diversity of Citizen*

Abergel [claim Data Breach matter] Facebook, Inc.

Plaintiff                                    Defendant

Isaac Milne
1115 East 3rd St Apt ? Abergel
Brooklyn, NY 11???
917 808 38 38
Isaacmilueabergel@gmail.com

no jury

Facebook, Inc.
1601 Willow Road, Menlo Park, CA 94025
650-543-4800

*Read Back for Signature*

Claim Relief:
$101,000,000,000

1. $101 Billion Dollars
2. Secure Facebook, invest in Cybersecurity



Plaintiff Isaac Mike Abergel

Signature

"Sorry Ran out of INK on printer"

